RACHEL KAUFMAN (CAL BAR NO. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SLOANE ANGELL**, individually on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **REALTY ONE GROUP, INC.**, a California corporation, <br><br> Defendant. | NO. <br><br> **CLASS ACTION COMPLAINT** <br><br> **JURY DEMAND** |

      This case addresses a disturbing trend whereby real estate companies such as Defendant Realty One Group, Inc. direct their real estate agents to cold call and text message consumers without consent violating the Telephone Consumer Protection Act.  Plaintiff Sloane Angell ("Plaintiff Angell" or "Angell") brings this Class Action Complaint and Demand for Jury Trial against Defendant Realty One Group, Inc. ("Defendant," "Realty One Group," or "Realty One") to stop Realty One Group from directing its agents to violate the Telephone Consumer Protection Act ("TCPA"). These calls and texts are sent using an autodialer without the written consent of the consumer required by the TCPA. As a result, Plaintiff seeks

to obtain injunctive and monetary relief for all persons injured by Realty One Group's telemarketing scheme. Plaintiff, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1.    Plaintiff Sloane Angell is a resident of Los Angeles, California.

2.    Defendant Realty One Group is a California corporation headquartered at: 23811 Aliso Creek Rd., Suite 181, Laguna Niguel, California. Defendant conducts business throughout California and the United States.

## JURISDICTION AND VENUE

3.    This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4.    This Court has personal jurisdiction over Defendant and venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant has its headquarters in this District and because the wrongful conduct giving rise to this case was directed from and/or to Plaintiff while he was residing in this District.

## THE TELEPHONE CONSUMER PROTECTION ACT

5.    The TCPA makes it unlawful "to make any call (other than a call

made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice … to any telephone number assigned to a … cellular telephone service." *See* 47 U.S.C. § 227(b)(1)(A)(iii).  The TCPA provides a private cause of action to persons who receive calls in violation of 47 U.S.C. § 227(b)(1)(A).  *See* 47 U.S.C. § 227(b)(3).

6.     According to findings by the Federal Communication Commission ("FCC"), the agency Congress vested with authority to issue regulations implementing the TCPA, such calls are prohibited because, as Congress found, automated or prerecorded telephone calls are a greater nuisance and invasion of privacy than live solicitation calls, and such calls can be costly and inconvenient.

7.     The FCC also recognized that "wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used."  *In re Rules and Regulations Implementing the Tel. Consumer Prot. Act of 1991*, CG Docket No. 02-278, Report and Order, 18 F.C.C. Rcd. 14014, 14115 ¶ 165 (2003).

8.     While "prior express consent" is required for all automated and prerecorded calls, in 2013, the FCC required "prior express written consent" for all such telemarketing calls to wireless numbers and residential lines.  Specifically, it ordered that:

[A] consumer's written consent to receive telemarketing robocalls must be signed and be sufficient to show that the consumer: (1) received "clear and conspicuous disclosure" of the consequences of providing the requested consent, i.e., that the consumer will receive future calls that deliver prerecorded messages by or on behalf of a specific seller; and (2) having received this information, agrees unambiguously to receive such calls at a telephone number the consumer designates.[] In addition, the written agreement must be obtained "without requiring, directly or indirectly, that the agreement be executed as a condition of purchasing any good or service.[]"

*In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991,* 27 F.C.C. Rcd. 1830, 1844 (2012) (footnotes omitted).

9. "Telemarketing" is defined as "the initiation of a telephone call or message for the purpose of encouraging the purchase or rental of, or investment in, property, goods, or services, which is transmitted to any person." 47 C.F.R. § 64.1200(f)(12).

10. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

11. By 2003, telemarketers were calling 104 million Americans every day, abetted by the proliferation of new and more powerful autodialing technology. *In re Rules and Regulations Implementing the TCPA of 1991*, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

12. Unfortunately, the problems Congress identified when it enacted the TCPA have grown only worse in recent years.

13.     "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting Off Robocalls* (July 22, 2016), https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls (statement of FCC chairman).

14.     "The FTC receives more complaints about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991*, Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016), https://www.ftc.gov/system/files/documents/advocacy_documents/commentstaff-ftc-bureau-consumer-protection-federal-communications-commission-rulesregulations/160616robocallscomment.pdf.

15.     According to a respected robocall watch site, robocalls have increased by a whopping 494% in a four year span: from 8.9 billion in the last three quarters of 2015 to 43 billion in the same nine months of 2019. See YouMail Robocall Index, Historical Robocalls by Time, available at https://robocallindex.com/history/time/ (accessed March 5, 2020).

16.     Of the 58.5 billion robocalls made in 2019, YouMail reports that over half of these calls—56%—were scam calls, spoofed calls, or telemarketing calls. *Id.*

17.     Encouraging people to hold telemarketers accountable on behalf on their fellow Americans, the TCPA provides a private cause of action to persons who receive such calls. 47 U.S.C. § 227(b)(3).

## COMMON ALLEGATIONS

18.     Realty One Group is a real estate brokerage in 35 States throughout the U.S.[1]

19.     Realty One Group is directly involved in the business development of each of its realtors, providing its realtors with Realty One training, coaching, technology and 24/7 support.

20.     As one Realty One "Top Producer" stated in a video produced by Realty One "Lead generation is the heart of our business…even though we are called realtors or sales persons…the bottom line is that we are lead generators."[2]

21.     An essential part of Realty One Group's marketing plan involves cold calling consumers to generate leads for their real estate services.

## REALTY ONE GROUP'S 2019 BUSINESS PLANNING GUIDE

22.     On its main website RealtyGroupOne.com, Realty One Group provides potential new Realty One Group realtors with its 2019 business planning guide.[3]

---

[1] https://one.zone/public/dashboard/#BusinessTechnology
[2] https://www.youtube.com/watch?v=nluFcaTOGM4
[3] https://www.realtyonegroup.com/unbrokerage/

23.     The business planning guide is also provided by franchisees to potential new realtor recruits.[4]

24.     This is the Realty One Group 2019 Business Planning Guide:



---

[4] https://www.facebook.com/realtyonegroupcoastal/photos/do-you-have-a-business-plan-for-2019-a-strategy-to-to-advance-in-our-market-shif/1352616731540214/

[5] https://simplebooklet.com/publish.php?wpKey=hbnipQHp4PXNfDXzyfCCk6#!

25.     The Business Planning Guide includes the following business

planning tips from Defendant Realty One Group to its realtors:

## BUSINESS PLANNING TIPS

- **Create an action plan that works for you.** Review your previous year's goals and set new goals this year. This plan can include: making "x" amount of contacts daily, sending "x" amount of personal notes weekly, adding "x" amount people to your database weekly or monthly, contacting "x" amount of FSBOs weekly, etc.

- **Conduct a business assessment by reviewing the previous year's business goals.** When analyzing the previous year's business, include everything from sources of business to average days on the market, and listing to sale ratios.

- **Estimate the amount of listings and sales needed to reach your goals.**

- **Always prospect.** Plan a minimum number of prospecting contacts. If you're new, 95% of your time should be spent finding new business.

- **Create a daily schedule.** Categorize your daily tasks by following T.P.I.N.

    - T = Total Hours Worked

    - P = **Productive:** any time that you are face-to-face in a selling situation with a client (listing presentations, showing buyers homes, writing contracts).

    - I = **Indirectly Productive:** any activity that could result in a face-to-face selling situation with a client. All forms of prospecting (cold calling, open houses, door knowcking, FSBOs, expireds, talking to people daily about real estate).

    - N = **Non-Productive Time:** everything else - administrative tasks, paperwork, training, meetings. [6]

---
[6] *Id.*

26.     Realty One Group's Business Planning Guide instructs agents to "Always prospect" and to carry forward that agenda to "Create a daily schedule" that includes "All forms of prospecting" including "cold calling."

27.     In the Business Planning Guide, Realty One Group clearly defines prospecting as cold calling, open houses, door knocking, for sale by owner ("FSBO"), expired listings and talking to people daily about real estate.

**REALTY ONE GROUP DIRECTS REALTORS TO PLACE COLD CALLS THROUGH ITS COACHING MATERIALS**

28.     Realty One Group posted the leadership coaching materials of their "Coaching Agents To Success – Leadership Coaching" on its main website RealtyOneGroup.com:



COACHING AGENTS TO SUCCESS

LEADERSHIP COACHING
MONDAY, MAY 19TH. 10AM PT



[7]

---

[7]
https://www.realtyonegroup.com/ONECoaching/docs/CoachingAgentstoSuccess_ONECoachingWorkbook.pdf

CLASS ACTION COMPLAINT
-9-

29.     As of April 1, 2020, "Coaching Agents To Success" is still available for download at RealtyOneGroup.com/ONECoaching/.

30.     "Coaching Agents To Success" is a course presented by Realty One Group to coach Realty One realtors (and brokers who can then coach their agents) to generate more business, in essence directing them to follow a proven blueprint to sell more homes.

31.     In the course workbook, Realty One directs agents to re-contact "cold leads" and set aside a *few hours daily* for making phone calls:

- **Work the Leads you Already Have.** Going back and re-contacting cold leads can be a great way to revive your relationship with them. Admit it...you have some people you've been ignoring.

- **Make Talking to Leads a Priority in Your Day.**  It's not just about contacting 5, 10 or 15 people every day. It's about making relationship-building a priority: literally setting aside a few hours to make phone calls, return e-mails and send hand-written cards – EVERY single day. [8]

32.     In an article written and published by the Realty One Group, the Realty One Group lists "cold calling" as one way for agents to "drive higher revenues."[9]

33.     In a Realty One training program hosted by Realty One for Realty One agents entitled "ONE Talks: Revealed: Secretes to Listing Mastery" the

---

[8] *Id. (page 35)*
[9] https://blog.realtyonegroup.com/20137118-income-producing-activities-to-increase-your-real-estate-revenue/

trainers for Realty One teach a systemized approach to generate more seller side listings for Realty One real estate agents, specifically to implement an expired and FSBO (for sale by owner) system to generate leads (which means cold calling consumers without consent. In the Realty One trainers own words from their "Listing Mastery Self-Assessment" provided to Realty One agents "expired listings are a definite opportunity. Integrate a solid expireds program into your marketing and prospecting plan." [10] [11] RealtyOne even provided a workbook for realtors to follow to implement their listing mastery plan which includes calling consumers they have no consent from.



[10] https://www.realtyonegroup.com/ONETalks/docs/Listing_Self_Assessment.pdf
[11] https://www.youtube.com/watch?v=WVWHmApQpSI&t=823s

HELLO
TOMORROW

- Identify lead generation opportunities

    - Expireds – the market has changed… expired listings are a definite opportunity. Integrate a solid expireds program into your marketing and prospecting plan.

    - Open Houses

    - FSBO's

    - Contingent on Purchase Marketing Idea – have a seller who says "I want to find my new home first and then I will consider putting my home on the market"? Leverage the use of "Contingency for Sale of Purchase of Other Property"

    - Target sellers and markets



RealtyONEGroup.com/ONETalks                                    9

ONE
TALKS

## Listing Mastery Self-Assessment

Rate yourself on a scale of 1-5 with 5 being the highest rating: system in place, happy with results, needs no additional refinement.



| System Component | 1-5 | Comments/Action Step |
|---|---|---|
| Written Business Plan & Goals | | |
| Seller Prospecting Scripts | | |
| Expired system | | |
| FSBO system | | |
| Farming Plan | | |

34.    The Realty One trainers go on to instruct Realty One agents how to obtain the expired leads by specifically instructing them to purchase leads from companies like TheRedx.com which mine expired listings and append cell phone

numbers to the properties and sell them to agents to cold call them using the RedX autodialer system. The following instruction is written in the workbook provided to the Realty One agents and instructed by the trainers to the Realty One agents.



- Marketing (offline) – targeted mailers; Just Listed/Just Sold postcards
- Purchase leads (HomeGain.com;  TheRedx.com; HouseValues.com )
- Networking (Join groups; attorneys; accountants; other business professionals)

12

**REALTY ONE GROUP DIRECTS REALTORS TO USE SYSTEMS LIKE REDX THAT GENERATE COLD CALLING LISTS OF CONSUMERS TO BE CALLED USING AN AUTODIALER**

35.     In the "Coaching Agents to Success" workbook, Realty One Group directs realtors to contact consumers from expired lists and FSBO leads:

---

[12] https://www.realtyonegroup.com/ONETalks/docs/ONETalk-ListingMastery.pdf

**Farming** (geographical; niche; professional)

**Door Knocking**
          In conjunction with Farming
          Renters

**Expireds and FSBOs**

**Short Sales** Target market NOD and default lists

**Marketing (offline)** – targeted mailers; Just Listed/Just Sold postcards

**Purchase leads** (MarketLeader.com; HomeGain.com; TheRedx.com; HouseValues.com; TigerLead.com; mostlikelytolist.com; Zurple.com)    13

36.     Realty One Group then goes on to specifically suggest that its realtors use RedX, a lead generation system that generates leads for consumers with expired lists and FSBO's.

37.     The problem inherent in pursuing expired and FSBO leads is that such leads are contacted without the consent of the consumer.

38.     RedX is a subscription service for real estate agents that sells real estate agents lists of real estate leads based on expired listings and FSBO listings. For expired listings, RedX associates phone numbers to those expired listings, and provide agents with an automatic telephone dialing system to call those leads, even though the realtor has no consent to call the consumer.

39.     The leads established by RedX are aggregated from expired listings, FSBO's, old expired leads, and pre-foreclosure leads.  State-of-the-art technology

---

[13] *Id. (page 35)*

is used to "take additional steps to deliver the highest quality and quantity of owner contact information including cell phone numbers."[14]  RedX generates multiple phone numbers (including cell phone numbers and other numbers listed on the DNC) for each lead to ensure that the real estate agent calling a particular lead has the best chance of reaching the client by calling all possible numbers associated with the owner of the expired listing.

40.     In addition to providing phone numbers, RedX provides its subscribers with an autodialer to call those leads in rapid succession to cycle through as many leads as possible.

41.     RedX funnels all of the leads it generates into what it calls the Vortex. These leads are then automatically loaded into the "Storm Dialer" provided by RedX which lets agents autodial all leads at the click of a button:



**STORM® Dialer**

Double your listings while prospecting less with a power dialer. Reach 4x more homeowners per hour with one, two, or three lines instead of dialing by hand.

Eliminate importing and exporting leads. Storm is built into Vortex, which means all you have to do is hit "dial" to start prospecting.

Hear "Hello" more often. Storm connects the call fast so you know when a lead has answered and when to begin talking. Avoid not hearing the "Hello" and missing your cue.[15]

---

[14] https://www.linkedin.com/company/landvoice/
[15] https://www.theredx.com/

42.     Realty One Group also ensures that its regional managers provide consistent training and coaching to its realtors, which includes the importance of cold calling consumers and the use of systems like RedX.

43.     Damon Caldwell is a regional manager and corporate broker for the Realty One Group. In his Linkedin profile, Caldwell states that he trains, coaches and leads real estate professionals.



Damon Caldwell
Committed To Your Success
Las Vegas, Nevada · 500+ connections · Contact info

                                              Realty ONE Group
                                              Palm Springs High

Experience


**Corporate Broker**
Realty ONE Group
Aug 2012 – Present · 7 yrs 4 mos
Train, Coach and Lead real estate sales professionals to support them in achieving their goals.  16

---

[16] https://www.linkedin.com/in/damoncaldwell/

44.    Caldwell receives continual training and support from Realty One Group himself. On August 14, 2019, Caldwell posted on his Facebook page that he attended Realty One Group's leadership retreat that is called Base Camp.[17]

45.    Base Camp is an annual event Realty One Group hosts for its business leaders in which leaders, such as the regional managers receive additional training and guidance. This is the Realty One Group description for Base Camp:

**Description**

The second annual Base Camp Leadership Retreat

A three-day educational and networking event to help Realty ONE Group leadership anticipate, embrace and act on change in our industry. You'll hear top-notch speakers talk about recruiting, retention, millennials, office culture and more and you'll have a chance to build invaluable relationships with other leaders in the Realty ONE Group family. And in typical ONE fashion, we'll have fun! Come join us.

*Stay Wednesday for an Optional Workshops with your Realty ONE Group Experts at the Hub in Laguna Niguel [18]

Realty ONE Group held their inaugural Basecamp Leadership Retreat this year at the Laguna Cliffs Marriot Resort & Spa in Dana Point, California. Leaders from across the country came together to witness inspiring keynote speeches from some of the brightest innovators in the industry, listen in on panels discussing the latest trends and technology in real estate, and participate in powerful team building experiences. [19]

46.    Caldwell's Facebook page gives full insight into the training that Caldwell provides, showing that Caldwell directs realtors to engage in cold calling specifically using RedX.

---

[17] https://www.facebook.com/caldwelldamon/posts/10156631611001747
[18] https://www.eventbrite.com/e/basecamp-2019-tickets-60791480956
[19] https://www.youtube.com/watch?v=byrThqwIQIM

47.    On February 25, 2019, Caldwell posted "5 Uncomfortable Things to

Try (That Work If You Try Them) on his Facebook page:



As the above image shows, Caldwell encourages realtors to pursue consumers with

expired listings, which are inherently calls made without consent, and Caldwell

specifically instructs realtors to use RedX stating, "REDX GeoLeads is how this

top prospector gets listings in any neighborhood."[21]

**REALTY ONE GROUP DIRECTS ITS REALTORS TO PLACE
AUTODIALED CALLS AND SEND AUTODIALED TEXT MESSAGES**

48.    In directing its agents to use RedX, Realty One Group is also directing

---

[20] https://www.facebook.com/caldwelldamon/posts/5-uncomfortable-things-to-try-that-work-if-you-try-themtry-a-new-lead-type-list-/10156275526241747/
[21] *Id.*

agents (or at the very least ratifying their conduct) to use an autodialer to place calls to consumers. It has already been established that RedX includes the Storm Autodialer.

49.     Realty One Group also directs its realtors to use other autodialer systems as part of their lead generation such as the CINC platform, which is a customer relationship manager system with a built in autodialer to make autodialing and auto-text messaging campaigns.

50.     In fact, Realty One Group provides training on how its realtors can use the CINC platform.



[22] https://www.eventbrite.com/e/realty-one-group-cinc-training-tickets-71529289029

CLASS ACTION COMPLAINT
-19-

51.    Realty One Group even enters into an agreement with CINC as a sponsor for Realty One Group events, such as the 2019 Base Camp Leadership Retreat.[23]

52.    The CINC platform includes an autodialer that can be used for both calling and for sending out text messages *en masse*.

53.    The CINC autodialer enables the realtor to place autodialed calls to lists of consumers, calling those consumers without the need for human intervention once the autodialer has been activated:



[24]

54.    CINC also states that "You can also send out texts to mass leads."

_____
[23] https://www.youtube.com/watch?v=SHA9mCqyAac
[24] https://vimeo.com/299728976

55.     By directing its realtors to use CINC, Realty One Group is ratifying its agents using an autodialer to place autodialed calls and texts.

56.     Current employees of Defendant Realty One Group even admit that they are directed to make cold calls using an autodialer. One employee states "Telemark prospective clients and businesses through cole resources & auto dialer database."[26]

### PLAINTIFF ANGELL'S ALLEGATIONS

**At Realty One Group's Direction, Realty One Group Realtors Texted Plaintiff Angell's Cell Phone Number Without His Consent Using An Autodialer**

57.     On October 6, 2019, Plaintiff Angell received an autodialed text message on his cell phone from a Realty One Group realtor using phone number 310-735-3330, stating:

> "Serious about selling a property in Santa Monica? Hi Baze & Vannie here, we pay top dollar & will close quickly. Text/Call 310-735-3330 for a quick

[25] *Id.*

[26] https://www.indeed.com/cmp/Realty-One-Group/reviews?start=80

*offer. Refer someone who is seriously selling their house get $1000 upon closing. Reply NO to opt-out."*

58.   Angell was not looking to purchase or sell a property.

59.   Angell believes the text message was sent using an autodialer due to its generic nature and ability to opt-out using "NO."

60.   310-735-330 is registered to Jason Bazemore:



61.   310-735-3330 is also shown on the Realty One Group website as belonging to Jason Bazemore:

27 https://premium.whitepages.com/phone/1-310-735-3330





# JASON BAZEMORE

⌖ 10750 W. Charleston Blvd. Ste. 180
  Las Vegas, NV 89135

☏ 702.898.1221

▢ 310.735.3330 ⟵ **Same number Plaintiff was texted by**     [28]

62.     Bazemore is a Realty One Group realtor working out of the Summerlin office, where Bazemore's name is also shown.[29]

63.     Damon Caldwell, a regional manager for Realty One Group directed posts on his Facebook page specifically addressing the Summerlin office, directing agents to engage in cold calling including the use of text messages.

64.     It is clear that Bazemore has followed the direction provided by the Realty One Group and its regional manager Damon Caldwell, as Plaintiff Angell received an unsolicited, autodialed text message checking to see if Angell wanted

---

[28] https://www.realtyonegroup.com/realestateagent/jason-bazemore-5871799
[29] https://www.realtyonegroup.com/offices/summerlin-5864886

to sell a property and encouraging Angell to refer Realty One Group to other consumers that wish to buy/sell a property.

65.     Plaintiff Angell has never provided his cellular phone number, or any phone number to Realty One Group, or otherwise consented to any Realty One Group realtor placing solicitation telephone calls or sending solicitation text messages to his cell phone number using an autodialer.

66.     The unauthorized text message sent by Realty One Group harmed Plaintiff Angell in the form of annoyance, nuisance, and invasion of privacy, and disturbed the use and enjoyment of his cell phone, in addition to the wear and tear on the phones' hardware (including the phones' battery) and the consumption of memory on the phone.

67.     Seeking redress for these injuries, Plaintiff Angell, on behalf of himself and a Class of similarly situated individuals, brings suit under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which prohibits unsolicited autodialed text messages to cellular telephones.

## CLASS ALLEGATIONS

### Class Treatment Is Appropriate for Plaintiff's TCPA Claims

68.     Plaintiff Angell brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

**Autodialed No Consent Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) at least one of Defendant's realtors called/texted, (2) the person's cellular telephone number, (3) using the same dialing system used to call/text Plaintiff.

69.     The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which Defendant or its parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against Defendant have been fully and finally adjudicated and/or released. Plaintiff Angell anticipates the need to amend the Class definitions following appropriate discovery.

70.     **Numerosity**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable.

71.     **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiff Angell and the Class, and those questions predominate over any questions that may affect individual members of

the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a)     whether Defendant's real estate agents used an automatic telephone dialing system to send text messages to Plaintiff Angell and the members of the Class;

(b)     whether Defendant's real estate agents sent text messages to Plaintiff Angell and members of the Class without first obtaining prior express consent to send the text messages;

(c)     whether Defendant is liable under the TCPA for its realtors' conduct; and

(d)     whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

72.     **Adequate Representation**: Plaintiff Angell will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Angell has no interests antagonistic to those of the Class, and Defendant has no defenses unique to any the Plaintiff. Plaintiff Angell, and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Angell or his counsel has any interest adverse to the Class.

73.     **Appropriateness**: This class action is also appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to the Plaintiff. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

## CLAIM FOR RELIEF
### Telephone Consumer Protection Act
### (Violation of 47 U.S.C. § 227)
### (On Behalf of Plaintiff Angell and the Autodialed No Consent Class)

74.     Plaintiff Angell repeats and realleges the foregoing paragraphs of this Complaint and incorporates them by reference.

75.     Defendant's realtors made/sent unwanted solicitation calls/text messages to cellular telephone numbers belonging to Plaintiff Angell and the other

members of the Autodialed No Consent Class using equipment that, upon information and belief, had the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

76.     These solicitation telephone texts/calls were made/sent *en masse* without the prior express written consent of Plaintiff Angell and the other members of the Autodialed No Consent Class.

77.     Defendant directed, apparently authorized, or ratified its realtors autodialed texts and calls.

78.     Defendant has, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of Defendant's conduct, Plaintiff Angell and the other members of the Autodialed No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Angell, individually and on behalf of the Class, prays for the following relief:

79.     An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff Angell as the representative of the Class; and appointing his attorneys as Class Counsel;

80.     An award of actual and/or statutory damages and costs;

81.     An order declaring that Defendant's actions, as set out above, violate the TCPA;

82.     An injunction requiring Defendant to cease all unsolicited calling activity, and to otherwise protect the interests of the Class; and

83.     Such further and other relief as the Court deems just and proper.

**JURY TRIAL DEMAND**

Plaintiff Angell requests a jury trial.


Dated: April 3, 2020                    Respectfully submitted,

                                        By:   /s/ *Rachel E. Kaufman*
                                        Rachel E. Kaufman (Cal Bar no. 259353)
                                        rachel@kaufmanpa.com
                                        KAUFMAN P.A.
                                        400 NW 26th Street
                                        Miami, FL 33127
                                        Telephone: (305) 469-5881

                                        *Attorney for Plaintiff and the Class*