RACHEL E. KAUFMAN (CAL BAR NO. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the Class*

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **SLOANE ANGELL,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**REALTY ONE GROUP, INC.,** a California corporation,<br><br>*Defendant.* | Case No. 8:20-cv-00652-DOC-JDE<br><br>**ORDER OF DISMISSAL** |

Plaintiff Sloane Angell and Defendant Realty One Group, Inc. hereby stipulate to the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully Submitted,

Dated: June 11, 2020           By: */s/ Rachel E. Kaufman*

Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

Dated: June 11, 2020

By: /s/ Benjamin Price
Benjamin Price
bprice@bremerwhyte.com
BREMER WHTYE BROWN & O'MEARA, LLP
20320 S.W. Birch Street, 2nd Floor
Newport Beach, CA 92660
Telephone: (949) 221-1000

*Counsel for Defendant*

### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ Rachel E. Kaufman
Rachel E. Kaufman

Order of Dismissal
Case No. 8:20-cv-00652-DOC-JDE

**DONE AND ORDERED** this 11th day of June, 2020.

*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Order of Dismissal
Case No. 8:20-cv-00652-DOC-JDE